## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:06cv83

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| CARLA JENKINS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's own motion for status. On September 28, 2006, plaintiffs filed a certificate of service indicating service of defendant on August 26, 2006, making defendant's Answer due to be filed not later than September 15, 2006. More than four months have now passed since such deadline and there has been no activity in this case. Because docket management is important to the fair administration of justice, there is no provision in the Federal or Local rules which allows for extension of such deadline without court approval. Fed.R.Civ.P. 6(b). At this point, plaintiff must take affirmative action in seeking default or joining with defendant to reopen and enlarge the time to Answer by showing excusable neglect.


## ORDER

**IT IS, THEREFORE, ORDERED** that the plaintiff file with the court a status report or seek affirmative relief not later than January 31, 2007.

Signed: January 25, 2007

Dennis L. Howell
United States Magistrate Judge